## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILCOTEK CORPORATION, | Civil Action No. 1:23-cv-00281-JPM |
| Plaintiff, | Judge Jon P. McCalla |
| v. | |
| WATERS CORPORATION, | |
| Defendant. | |

### PLAINTIFF'S MOTION TO DISMISS CERTAIN CLAIMS UNDER RULE 41(a)(2) AND FOR ENTRY OF FINAL JUDGMENT

Plaintiff SilcoTek Corporation ("Plaintiff") hereby moves:

(a) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for dismissal all claims concerning U.S. Patent No. 10,881,986, without prejudice, and with each party bearing its own attorney's fees and costs. Such claims are set forth in Count I of the Complaint (D.I. 1). A proposed form of Order is attached as Exhibit A hereto.

(b) pursuant to Rule 58 of the Federal Rules of Civil Procedure for entry of Judgment in the form proposed herewith as Exhibit B.

In support of its motion, Plaintiff files its Opening Brief contemporaneously herewith.

        Respectfully submitted,

        **FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: March 26, 2025

        */s/Francis DiGiovanni*
        Francis DiGiovanni (No. 3189)
        Thatcher A. Rahmeier (No. 5222)
        222 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        302.467.4200
        francis.digiovanni@faegredrinker.com
        thatcher.rahmeier@faegredrinker.com

*AND*

Cecilia R. Dickson
Kent E. Baldauf, Jr.
Barry J. Coyne
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
cdickson@webblaw.com
kbaldaufjr@webblaw.com
bcoyne@webblaw.com

*Attorneys for SilcoTek Corporation*