# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SILCOTEK CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>WATERS CORPORATION,<br><br>      Defendant. | Civil Action No. 23-281-JPM |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS
## AND DIRECTING ENTRY OF FINAL JUDGMENT

Having considered Plaintiff's Motion to Dismiss Certain Claims Under Rule 41(a)(2) and Entry of Final Judgment (the "Motion"),

IT IS HEREBY ORDERED that the Motion is GRANTED, and

(a) all claims concerning U.S. Patent No. 10,881,986 are dismissed without prejudice. Each party shall bear its own attorney's fees and costs; and

(b) The Clerk of the Court is directed to enter Judgment in the form proposed by Plaintiff as attached to its Motion.

Dated: _____ _____, 2025.

_____
United States District Judge